Todd M. Friedman (SBN 216752)
Adrian R. Bacon (SBN 280332)
Meghan E. George (SBN 274525)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
21550 Oxnard St., Suite 780
Woodland Hills, CA 91367
Phone: 877-206-4741
Fax: 866-633-0228
tfriedman@ toddflaw.com
abacon@ toddflaw.com
mgeorge@toddflaw.com
***Attorneys for Plaintiff***

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VANESSA GARCIA, individually and on behalf of all others similarly situated, | Case No. 2:17-cv-537 |
| Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITHOUT PREJUDICE** |
| vs. | |
| SCARBOROUGH RESEARCH, and DOES 1 through 10, inclusive, and each of them, | |
| Defendant. | |

**NOTICE IS HEREBY GIVEN** that Plaintiff, pursuant to Federal Rule of

Civil Procedure 41(a)(1), hereby voluntarily dismisses this matter without

prejudice as to herself and the class.  Defendant has neither answered Plaintiff's

Complaint, nor filed a motion for summary judgment.  Although this case was filed

as a class action, no class has been certified, and court approval of this voluntary

dismissal is therefore not required under Rule 23(a) of the Federal Rules of Civil

Procedure.  Accordingly, this matter may be dismissed without prejudice and without an Order of the Court.


RESPECTFULLY SUBMITTED this 23rd day of January, 2017.

By:     s/Todd M. Friedman
        Todd M. Friedman, Esq.
        Law Offices of Todd M. Friedman, P.C.
        Attorney for Plaintiff

Filed electronically on this 23rd day of January, 2017, with:

United States District Court CM/ECF system


Notification sent on this 23rd day of January, 2017, via the ECF system to:

United States District Court
Central District of California


This 23rd day of January, 2017.
By: s/Todd M. Friedman
     Todd M. Friedman